# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ibis Zelaya,<br><br>    Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC, Experian Information Solutions, Inc., Trans Union, LLC, and Discover Bank,<br><br>    Defendants. | Case No. 2:25-cv-04467-MWC-SK<br><br>**ORDER FOR CASE DISMISSAL WITH PREJUDICE AS TO DISCOVER BANK**<br><br>JS-6 |

The Court, having reviewed the Parties' Proposed Stipulation for Dismissal with Prejudice as to Discover Bank and being fully advised in the premises, **DOES HEREBY ORDER** that Discover Bank is **DISMISSED** with prejudice, with each party to bear their respective costs and fees.

**IT IS SO ORDERED.**


DATE: April 15, 2026

_____

Hon. Michelle Williams Court
United States District Judge